**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

O'Donnell Medical Industries, Inc.,

    Plaintiff,

                                           Case No. 1:19cv214

        v.                                 Judge Michael R. Barrett

Animal Reference
Pathology, LLC, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]  JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X]  DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:  Defendants' Motion for Summary Judgment (Doc. 10) is granted.

Date: January 8, 2021                      Richard W. Nagel, Clerk
                                                    Clerk

                                          By:     *S/Barbara A. Crum*
                                                      Deputy Clerk